6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 22 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| Plaintiff, * | |
| * | |
| vs. * | CIVIL NO. B-01-014 |
| * | |
| ONE 1995 KENWORTH TRACTOR * | |
| VIN # 1XKWDB9X1SR654535 * | |
| Defendant. * | |

## UNOPPOSED MOTION FOR LEAVE TO FILE CLAIM OUT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Cesar Lopez, Jr., owner/claimant in the above-entitled cause by and through his attorney of record and files this his Unopposed Motion for Leave to File Claim Out of Time and for cause would show the following:

I

The undersigned counsel represents the owner/claimant of the defendant property in question, Mr. Cesar Lopez, Jr.

II

The undersigned counsel has attached defendant's Verified Claim for filing out of time.

III

The undersigned counsel has conferred with Assistant U.S. Attorney Ronald Morgan and he is not opposed to the claim being filed out of time.

WHEREFORE, Cesar Lopez, Jr., DBA Two Step Express, the owner and claimant of the defendant property respectfully prays that this motion be in all things granted.

Respectfully submitted,

_____
EDMUND K. CYGANIEWICZ
Bar No. 05300050
1000 E. Madison
Brownsville, Texas 78520
Telephone: (956) 541-5995
Facsimile: (956) 542-4475

Fed Id# 2243

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of February 2001, a true and correct copy of the foregoing Unopposed Motion for Leave to File Claim Out of Time was forwarded to the U.S. Attorney's Office, 600 East Harrison No. 201, Brownsville, Texas 78520.

_____
EDMUND K. CYGANIEWICZ

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with plaintiff's attorney, Assistant U.S. Attorney, Ronald Morgan, and he is unopposed to the filing of this Motion for Leave to File Claim Out of Time.

_____
Edmund K. Cyganiewicz
Attorney for Owner/Claimant